ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
42nd Floor
New York, New York 10020-1182
DIANA SHAFTER GLIEDMAN
(212) 278-1036

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARTFORD CASUALTY INSURANCE
COMPANY,

      Plaintiff,

- against -

CLM GROUP, INC. d/b/a COUNCIL ON
LITIGATION MANAGEMENT, HARRY
ROSENTHAL, ERIC GILKEY and BRYAN
PIFER

      Defendants.

Hon. Harold Baer, Jr.

Case No. 12 CIV 1109

**STIPULATION AND ORDER**

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendants as follows:

   (1) The time for Defendants to serve an Answer to the Complaint or otherwise move in response to the Complaint is hereby extended to and including April 1, 2012.

   (2) Anderson Kill & Olick, P.C., is hereby designated to accept service

NYDOCS1-910241.2

of process on behalf of CLM Group, Harry Rosenthal, Eric Gilkey and Bryan Pifer at the below-listed address.

Dated: February 29, 2012
New York, New York

**ANDERSON KILL & OLICK, P.C.**

By: *Diana S. Shedman*
Diana Shafter Gliedman
1251 Avenue of the Americas
42nd Floor
New York, New York 10020-1182
(212) 278-1036

Attorney for Plaintiff

**LAZARE POTTER & GIACOVAS LLP**

By: *Marci Goldstein Kokalas*
Marci Goldstein Kokalas
950 Third Avenue, New York, NY 10022
(212) 784-2411

Attorney for Defendants

SO ORDERED:

_____  3/2/12
United States District Judge