AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, <br><br> *Plaintiff,* <br><br> v. <br><br> CLM GROUP, INC., d/b/a COUNCIL ON LITIGATION MANAGEMENT, HARRY ROSENTHAL, ERIC GILKEY and BRYAN PIFER, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Hon. Harold Baer, Jr. <br><br> Case No. 12 CIV 1109 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CLM GROUP, INC., d/b/a COUNCIL ON LITIGATION MANAGEMENT, HARRY ROSENTHAL, ERIC GILKEY and BRYAN PIFER.

Date: March 5, 2012

*[signature]*
*Attorney's signature*

Diana Shafter Gliedman (DG-  )
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182
*Address*

dgliedman@andersonkill.com
*E-mail address*

212-278-1000
*Telephone number*

212-278-1733
*FAX number*