ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>    v.<br><br>CLM GROUP INC. d/b/a COUNCIL ON LITIGATION MANAGEMENT, HARRY ROSENTHAL, ERIC GILKEY and BRYAN PIFER,<br><br>                      Defendants. | 12-CIV-1109 (HB)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, CLM Group Inc., a Florida corporation, states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
        April 16, 2012

                                            ANDERSON KILL & OLICK, P.C.

                                            Diana Shafter-Gliedman, Esq.
                                            1251 Avenue of the Americas
                                            New York, NY 10020-1182
                                            (212) 278-1000
                                            Counsel to the Defendants

TO:
Stephen M. Lazre, Esq.
Marci Goldstein Kokalas
950 Third Avenue
New York, NY 10022
*Attorneys for Hartford Casualty Insurance Company*

nydocs1-986554.1