UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARTFORD CASUALTY INSURANCE COMPANY,

                              Plaintiff,

                -against-

CLM GROUP INC. d/b/a COUNCIL ON LITIGATION
MANAGEMENT, HARRY ROSENTHAL, ERIC
GILKEY and BRYAN PIFER,

                            Defendants.

12 CV 1109 (HB)

**STIPULATION OF
VOLUNTARY DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that the above-entitled action be, and the same hereby is voluntarily dismissed without prejudice, without costs or disbursements to any party against any other, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This stipulation may be filed with the Court without further notice to any party.

[SIGNATURES ON FOLLOWING PAGE]

Dated: New York, New York
    May 9, 2012


By: _____
    Marci Goldstein Kokalas, Esq.
Lazare Potter & Giacovas LLP
950 Third Avenue
New York, New York 10022
(212) 758-9300
*Attorneys for Plaintiff*

By: _____
    Diana Shafter Gliedman, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1036
*Attorneys for Defendant*

2